

**MAHESHA P. SUBBARAMAN**
mps@subblaw.com

612-315-9210 (Phone/Fax)   80 S. 8th Street, Suite 900 — Minneapolis, MN 55402   www.subblaw.com

*Via ECF*

November 12, 2024

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    Re:    *Bermudez v. EOIR*, No. 24-30617 (5th Cir.)

Mr. Cayce,

    As lead counsel for Plaintiff-Appellant Emanuel Luzardo Bermudez in the above-captioned appeal, I respectfully seek a 30-day extension of Bermudez's present November 25, 2024 opening-brief deadline. The requested 30-day extension would make Bermudez's opening brief due on **December 26, 2024** (i.e., 30 days plus a day because December 25, 2024 is a federal court holiday).

    I have informed counsel for government-appellee of this time-extension request. The government has <u>consented</u> to this request.

    Between this Court's October 16, 2024 briefing order and the present November 25, 2024 opening-brief deadline imposed by that order, a series of conflicting obligations have prevented me (or currently are preventing me) from sufficiently researching and drafting Bermudez's opening brief. These obligations include:

- Preparation for and presentation of oral argument in *In re Ch. 13 Trustee Fees in Unconfirmed Ch. 13 Cases*, BAP No. AZ-24-1012-FSL (BAP 9th Cir.) (oral argument delivered Oct. 17, 2024);

- Drafting and filing Plaintiff-Appellant Joseph A. Fortin's rehearing petition in *Fortin v. Comm'r*, No. 23-1528 (6th Cir.) (petition filed Oct. 24, 2024);

- Drafting and filing an amicus brief on behalf of the Forum for Constitutional Rights in *Energy Transfer, L.P. v. Unicorn Riot, et al.*, No. A23-1284 (Minn.) (amicus brief filed Oct. 28, 2024);



**MAHESHA P. SUBBARAMAN**
mps@subblaw.com

November 12, 2024 — Electronically Filed & Served — Page 2 of 2

- Drafting and filing Social Security claimant Lisa M. Johnson's opening brief in *Johnson v. O'Malley*, No. 4:24-cv-592 (N.D. Tex.) (brief filed Nov. 4, 2024);

- Drafting and filing Plaintiff-Appellant Travis Widner's reply brief in *Widner v. Ace Auto Parts*, No. A24-0906 (Minn. App.) (brief filed Nov. 8, 2024);

- Drafting and filing an amicus brief on behalf of Restore the Fourth, Inc. and Restore the Fourth Minnesota in *State v. Nagle*, No. A23-0927 (Minn.) (amicus brief due Nov. 15, 2024); and

- Drafting and filing an amicus brief on behalf of Restore the Fourth, Inc. in *Barnes v. Felix*, No. 23-1239 (U.S.) (amicus brief due Nov. 25, 2024).

This work could not (or cannot) be delegated. I'm lead counsel in the above matters and a solo practitioner with no partners, associates, or support staff.

Please contact me if you have any questions about this request.

Respectfully submitted,

/s/Mahesha P. Subbaraman

SUBBARAMAN PLLC
80 S. 8th Street, Suite 900
Minneapolis, MN 55402
(612) 315-9210
mps@subblaw.com

*Lead Counsel for Plaintiff-Appellant Emanuel Luzardo Bermudez*

### CERTIFICATE OF SERVICE

On November 12, 2024, this letter was served via CM/ECF on all parties through their counsel of record, all of whom are registered CM/ECF users.

/s/Mahesha P. Subbaraman